**From:** Cooper, Howard M.
**Sent:** Tuesday, January 27, 2026 10:37 AM
**To:** Carmen Durso <carmen@dursolaw.com>
**Cc:** Mahoney, Lauren <lmahoney@toddweld.com>
**Subject:** Breskin

Hi Carmen,

Just confirming our call this morning in which I informed you I represent Julie Breskin.

We agreed that I would be back to you in response to your letter to her by the end of February. Of course, if I am in a position to tell you her response sooner, I will do so.

I neglected to bring up in our conversation a request that I ask you to consider. The draft Complaint mentions your client's alleged recovered memory. I ask that you please supply any medical, mental health or other records which support that allegation.

As always, thank you for your courtesy.

Best,

Howard

1



2