## COMMONWEALTH OF MASSACHUSETTS

**ESSEX, SS.**                                   **SUPERIOR COURT DEPARTMENT**
                                                            **OF THE TRIAL COURT**

| |
|---|
| JANE DOE |
|        Plaintiff, |
| v. |
| JOHN DOE |
|        Defendant. |

Civil Action No. _____

### AFFIDAVIT OF JANE DOE
### IN SUPPORT OF HER MOTION TO IMPOUND

1. I, Plaintiff, Julie Breskin ("Plaintiff" or "Jane Doe"), am a party to the above referenced defamation action filed against my son, the Defendant Russell Blattberg ("Defendant" or "John Doe").

2. I am an independently licensed psychologist since 1987 and designated health service provider since 1993. I have seen and treated hundreds of patients over the years. I currently work for a non-profit organization facilitating groups for newly bereaved individuals and families.

3. I have a sterling professional reputation that I have earned over four decades in the field.

4. I am happily married and I have two children, including the Defendant. I have a close circle of friends and colleagues.

5. The Defendant suffers from a long history of mental illness and substance abuse, documented by multiple psychiatric institutions. He has spent the majority of his adult life threatening, intimidating and manipulating me into helping him financially.

6. Recently, the Defendant has crossed a line. He has threatened to file a law suit against me alleging that I sexually abused him as a child if I do not pay him a large sum of money. He has also threatened to disseminate and has disseminated these false allegations to my friends and family.

7. The documents to be filed in this action will necessarily contain references to the heinously false allegations that are being brought against me by the Defendant for the sole purpose of financially extorting me.

8. The documents to be filed in this action, starting with the Complaint, will necessarily contain references to Defendant's protected and sensitive mental health information.

9. The pleadings and documents to be filed are about personal matters in which I have a legitimate and heightened expectation of privacy. If this information is made public, disclosure would adversely affect me, my children, my husband, my extended family, friends, and current and former patients. I do not wish such information to be in an open court file for anyone to review.

10. I do not believe this case presents issues in which the public has an interest.

11. Dissemination of the sensitive information contained in these pleadings, and availability of that to the public, could cause irreparable harm to my reputation and livelihood, without any corresponding public benefit. It is in the best interests of myself, my personal and collegial circle, my family, and my patients, and our collective mental and emotional wellbeing,

that this case be impounded and that we not be subjected to disclosure of personal information and details.

12. For all of the reasons set forth above, I ask that the entire case file be impounded.

Signed under the penalties of perjury on this 25th day of February 2026.

Signed by:

*Julie G. Breskin*

Julie G. Breskin