| | |
|---|---|
| **From:** | Cooper, Howard M. |
| **Sent:** | Wednesday, February 25, 2026 5:18 PM |
| **To:** | Carmen Durso; abryant@HBMHlaw.com |
| **Cc:** | Eid, Sandy; Thompson, Christine; Mahoney, Lauren |
| **Subject:** | Jane Doe v John Doe |
| **Attachments:** | 2026 02 25 Complaint.pdf |

Dear Counsel-

Attached please find a courtesy copy of a Complaint filed today in Essex Superior Court against your client, Robert Nathan Blattberg. Please let me know if you would like to accept service. We will be sending to you tomorrow copies of our emergency motion to impound this case and our proposed findings/order filed today, as well as the Tracking Order.

Carmen, I reached out to yesterday to schedule a time to talk about this matter, and that offer remains open. For reasons you will glean from reading the complaint, our client will not be offering anything to your client and my focus in our discussion will be to urge you to counsel your client to abandon his currently threatened course of action.

I can be reached at 617 875 8250.

Best,

Howard