| | |
|---|---|
| **From:** | Eid, Sandy |
| **Sent:** | Thursday, February 26, 2026 11:56 AM |
| **To:** | 'carmen@dursolaw.com'; 'abryant@hbmhlaw.com' |
| **Cc:** | Cooper, Howard M.; Thompson, Christine; Mahoney, Lauren |
| **Subject:** | RE: Jane Doe v John Doe |
| **Attachments:** | 2026 02 25 Complaint.pdf; 2026 02 25 Civil Action Cover Sheet.pdf; 2026 02 25 Plaintiff's Emergency Motion to Impound Complaint.pdf; 2026 02 25 Affidavit in Support of Motion to Impound 4918-7010-2674 v.1.docx.pdf; 2677CV00236 Clerk's Notice (eDoc)-443523284.pdf; 2677CV00236 Tracking Order-443506498.pdf |

Good morning, Counsel:

Attached please find the as-filed Complaint, Emergency Motion to Impound and Affidavit in Support, Civil Action Cover Sheet, Tracking Order, and the Clerk's Notice on Plaintiff's Motion to Impound.

Please us know if you will be accepting service on behalf of Russell Blattberg.

Thank you,
Sandy

**Sandy Eid**
Todd & Weld LLP | 617.624.4737