UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
********************************
                              *
JANE DOE,                     *
        Plaintiff,            *
v.                            *        C. A. No.  1:26-cv-11013
                              *
JOHN DOE,                     *        [Formerly Essex Superior Court
        Defendant             *         Case No. 2677CV00236]
                              *
********************************
```

# NOTICE OF REMOVAL

Defendant JOHN DOE hereby removes Case No. 2677CV00236 from the Essex Superior Court, Massachusetts, to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for his removal states as follows:

1.  On or about February 25, 2024, plaintiff JANE DOE filed a Complaint in Essex Superior Court, Massachusetts, JANE DOE v. JOHN DOE, Case No. 2677CV00236, (the State Court Action).

2.  The Complaint has not been served upon defendant JOHN DOE.

3.  On February 26, 2026, defendant JOHN DOE, a resident of the State of Nevada, filed a claim in the U.S. District Court of Massachusetts against plaintiff JANE DOE for sexual misconduct, which occurred in the Commonwealth of Massachusetts, during the years 1992-1995, when he was a minor and she was an adult.

4.  Defendant JOHN DOE sent notice of his intent to file suit to plaintiff JANE DOE, with a copy of a draft Complaint, on January 14, 2026.

5.   Counsel for JANE DOE requested an opportunity to discuss the possible resolution of JOHN DOE's claim, before defendant filed suit in Federal Court, but asked for the courtesy of waiting until after a scheduled trial during the month of February.

6.   Counsel for JANE DOE filed suit in Essex Superior Court on February 25, 2026, without any prior notice to counsel for JOHN DOE.

7.   Defendant JOHN DOE is informed and believes plaintiff's Complaint alleges that he has attempted to commit extortion, and JANE DOE has sought impoundment of this case in a transparent attempt to prevent public disclosure of the facts of JOHN DOE's sexual abuse claims against her.

8.   Defendant JOHN DOE asserts the truth of his claim. He denies defendant JANE DOE has the right to prevent him from asserting his claim and presenting his evidence.

**DIVERSITY JURISDICTION UNDER 28 U.S.C. §1332(a)**

9.   This Court has jurisdiction over this matter under 28 U.S.C. §1332(a), because there is complete diversity of citizenship between plaintiff and defendant, and more than $75,000, exclusive of interest and cost, is at stake.

10.   Plaintiff JANE DOE resides in Salem, Massachusetts, and is a citizen of that state.

11.   Defendant JOHN DOE resides in Las Vegas, Nevada, and is a citizen of that state.

12.   Defendant JOHN DOE will assert a counterclaim in this action, requesting a sum in excess of $1,000,000, for injuries he has suffered as the result of plaintiff's sexual assault on him as a child.  Thus, well over $75,000 is in controversy and

the jurisdictional threshold under 28 U.S.C. §1332(a) is satisfied.[1]

**ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED**

13.    No Court documents have been served upon defendant JOHN DOE.  Pursuant to

28  U.S.C.  §§  1446(a),  and  LR  81.1,  true  and  correct  copies  of  the  process,

pleadings, orders and documents on file in the State Court Action will be filed within

28 days of the filing of this Notice of Removal.

14.    To date, no documents have been served upon defendant JOHN DOE.  Removal

is therefore timely in accordance with 28 U.S.C. §§ 1446(b).

15.    Venue  is  proper  in  this  Court  pursuant  to  28  U.S.C.  §§  1441(a)  and  1446(a)

because  the  U. S.  District  Court  for  the  District  of  Massachusetts  is  the  federal

judicial district embracing the Essex Superior Court, Massachusetts, where the

State Court Action was originally filed.

**CONCLUSION**

By this Notice of Removal, defendant JOHN DOE does not waive any objections

he may have as to service, jurisdiction or venue, or any other defenses or objections he

may have to this action.   Defendant JOHN DOE intends no admissions of fact, law, or

liability by this Notice and expressly reserves all defenses, motions or pleas, and

counterclaims.

---

[1] Upon the transfer of this claim to the U. S. District Court for the District of Massachusetts,
defendant JOHN DOE will move to join this action with his pending Federal claim, C.A.
No. 1:26-cv-11011-DLC, so that all claims will be decided in one proceeding.

Defendant JOHN DOE
By his Attorney,

/s/ *Carmen L. Durso*
CARMEN L. DURSO, ESQUIRE
BBO # 139340
Law Office of Carmen L. Durso
276 Union Avenue
Framingham, MA 01702
617-728-9123 / *carmen@dursolaw.com*
February 27, 2026

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Howard Cooper, Esquire, Todd and Weld LLP, One Federal Street, 27th Floor, Boston, MA 02110, the attorney of record for the plaintiff, by U.S. Mail, in accordance with the Court's ECF Administrative Procedures, on February 27, 2026.

/s/ *Carmen L. Durso*
CARMEN L. DURSO

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JANE DOE

**DEFENDANTS**
JOHN DOE

**(b)** County of Residence of First Listed Plaintiff   ESSEX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   NEVADA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Howard Cooper, Esq., Todd & Weld, LLP, One Federal
St., Boston, MA 02110  617-720-2626

Attorneys *(If Known)*
Carmen L. Durso, Esq., Law Office of Carmen L. Durso
276 Union Ave, Framingham, MA 01702 617-728-9123

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☒ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. s 1332
Brief description of cause:
NOTICE OF REMOVAL CLAIM FOR LIBEL

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   Hon. Donald L. Cabell
DOCKET NUMBER   1:26-CV-11011-DLC

DATE
02/27/2026

SIGNATURE OF ATTORNEY OF RECORD
/s/ Carmen L. Durso

**FOR OFFICE USE ONLY**

RECEIPT #           AMOUNT           APPLYING IFP           JUDGE           MAG. JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1.  Title of case (name of first party on each side only) JANE DOE v. JOHN DOE

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.   (See local rule 40.1(a)(1)).

    [ ]  I.    160, 400, 410, 441, 535, 830*, 835*, 850, 880, 891, 893, R.23, REGARDLESS OF NATURE OF SUIT.

    [ ]  II.   110, 130, 190, 196, 370, 375, 376, 440, 442, 443, 445, 446, 448, 470, 751, 820*, 840*, 895, 896, 899.

    [✔]  III.  120, 140, 150, 151, 152, 153, 195, 210, 220, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 367, 368, 371, 380, 385, 422, 423, 430, 450, 460, 462, 463, 465, 480, 485, 490, 510, 530, 540, 550, 555, 560, 625, 690, 710, 720, 740, 790, 791, 861-865, 870, 871, 890, 950.
          *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3.  Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    Russell Nathan Blattberg v. Julie Gale Breskin

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES [ ]    NO [✔]

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

    YES [ ]    NO [✔]

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

    YES [ ]    NO [✔]

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

    YES [ ]    NO [✔]

7.  Do all of the parties  in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? -  (See Local Rule 40.1(d)).

    YES [✔]    NO [ ]

    A.    If yes, in which division do all of the non-governmental parties reside?

          Eastern Division [✔]          Central Division [ ]          Western Division [ ]

    B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

          Eastern Division [ ]          Central Division [ ]          Western Division [ ]

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)

    YES [✔]    NO [ ]

**(PLEASE TYPE OR PRINT)**
**ATTORNEY'S NAME** Carmen L. Durso, Esq.
**ADDRESS** 276 Union Ave, Framingham, MA 01702
**TELEPHONE NO.** 617-728-9123

(CategoryForm11-2020.wpd )

## 2677CV00236 Doe, Jane vs. Doe, John

- Case Type:
- Torts
- Case Status:
- Open
- File Date
- 02/25/2026
- DCM Track:
- A - Average
- Initiating Action:
- Defamation
- Status Date:
- 02/25/2026
- Case Judge:
- 
- Next Event:
- 03/03/2026

All Information    Party    Event    Tickler    Docket    Disposition

### Party Information

Doe, Jane
- Plaintiff

| Alias | Party Attorney |
|-------|----------------|
|  | - Attorney |
|  | - Cooper, Esq., Howard |
|  | - Bar Code |
|  | - 543842 |
|  | - Address |
|  | - Todd and Weld LLP |
|  |   One Federal St 27th Floor |
|  |   Boston, MA  02110 |
|  | - Phone Number |
|  | - (617)720-2626 |
|  | - Attorney |
|  | - Eid, Esq., Sandy |
|  | - Bar Code |
|  | - 707141 |
|  | - Address |
|  | - Todd and Weld LLP |
|  |   One Federal St |
|  |   Boston, MA  02110 |
|  | - Phone Number |
|  | - (617)624-4737 |
|  | - Attorney |
|  | - Thompson, Esq., Christine Rose |
|  | - Bar Code |
|  | - 667806 |
|  | - Address |
|  | - Todd and Weld LLP |
|  |   One Federal St 27th Floor |
|  |   Boston, MA  02110 |
|  | - Phone Number |
|  | - (617)720-2626 |

**More Party Information**

Doe, John
- Defendant

| Alias | Party Attorney |
|-------|----------------|

**More Party Information**

### Events

| Date | Session | Location | Type | Event Judge | Result |
|------|---------|----------|------|-------------|--------|
| 03/03/2026 02:00 PM | Civil D | LAWRENCE-1st FL, CR 1 (SC) | Motion Hearing | Tabit, Hon. Salim |  |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 02/25/2026 | 05/26/2026 | 90 | |
| Answer | 02/25/2026 | 06/25/2026 | 120 | |
| Rule 12/19/20 Served By | 02/25/2026 | 06/25/2026 | 120 | |
| Rule 12/19/20 Filed By | 02/25/2026 | 07/27/2026 | 152 | |
| Rule 12/19/20 Heard By | 02/25/2026 | 08/24/2026 | 180 | |
| Rule 15 Served By | 02/25/2026 | 04/21/2027 | 420 | |
| Rule 15 Filed By | 02/25/2026 | 05/21/2027 | 450 | |
| Rule 56 Served By | 02/25/2026 | 03/16/2028 | 750 | |
| Rule 56 Filed By | 02/25/2026 | 04/17/2028 | 782 | |
| Rule 15 Heard By | 02/25/2026 | 05/21/2027 | 450 | |
| Discovery | 02/25/2026 | 02/15/2028 | 720 | |
| Final Pre-Trial Conference | 02/25/2026 | 08/14/2028 | 901 | |
| Judgment | 02/25/2026 | 02/26/2029 | 1097 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 02/25/2026 | Attorney appearance<br>On this date Howard Cooper, Esq. added for Plaintiff Jane Doe | | |
| 02/25/2026 | Case assigned to:<br>DCM Track A - Average was added on 02/25/2026 | | |
| 02/25/2026 | Complaint and Jury Demand | 1 | Image |
| 02/25/2026 | Civil action cover sheet filed. | 2 | Image |
| 02/25/2026 | Plaintiff Jane Doe's EMERGENCY Motion to Impound Complaint and Future Filings | 3 | Image |
| 02/25/2026 | Affidavit of Jane Doe In Support of Her Motion to Impound | 3.1 | |
| 02/25/2026 | Endorsement on Motion to Impound Complaint (#3.0): ALLOWED<br>After review, the court treats the current motion as an ex parte motion to impound under MA R Impound P Rule 3. The court finds that immediate and irreparable injury may result if the motion is not allowed. See MA R Impound P Rule 3(a). Nevertheless, under the Rule, an interested party must have an opportunity to be heard in opposition within ten days of this order.  MA R Impound P Rule 3(a). Thus, the motion is ALLOWED, but the plaintiff is ordered to a copy of the motion, supporting affidavit, and any other related documents, on the defendant in this case and any interested nonparty. Summons and Order of Notice to issue returnable on 3/3/26 at 2:00 p.m.   The plaintiff is further ordered to file by mail or in person a complaint identifying the plaintiff and defendant by name, which, in accordance with this order, shall remain impounded until the court has had an opportunity to hear the motion. | | |
| 02/25/2026 | Summons and order of notice issued on a EMERGENCY Motion to Impound Complaint, returnable on 03/03/2026 02:00 PM Motion Hearing.<br><br>Applies To: Doe, Jane (Plaintiff); Doe, John (Defendant); Cooper, Esq., Howard (Attorney) on behalf of Doe, Jane (Plaintiff); Thompson, Esq., Christine Rose (Attorney) on behalf of Doe, Jane (Plaintiff); Eid, Esq., Sandy (Attorney) on behalf of Doe, Jane (Plaintiff) | 4 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |