UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*****************************************
                                        *
RUSSELL NATHAN BLATTBERG,               *
            Plaintiff                   *
                                        *
v.                                      *   C. A. No. 1:26-cv-11011
                                        *
JULIE GALE BRESKIN,                     *
            Defendant                   *
                                        *
*****************************************
```

# AFFIDAVIT OF RUSSELL NATHAN BLATTBERG

1. My name is Russell Nathan Blattberg. I was born in 1988 to Julie Breskin and Paul Blattberg. I lived at 9 Waldron Street, Marblehead, MA until the time I turned 18.

2. I have lived a life which in some respects is unconventional, but I have never been officially diagnosed with any severe mental illness including bipolar, psychosis, or any substance use disorder

3. There have been certain constant factors in my life:

    a. I was repeatedly sexually molested as a child by my mother, primarily between the ages of four and seven;

    b. Since around the time I was 11, my mother, who was a licensed Psychologist, has falsely claimed my father sexually molested me, when in fact he did not;

    c. Until I was 34 years old, there was a constant friction with my mother about family financial matters, which I did not understand.

4. My father died on August 21, 2001, when I was 12 years old. My parents' marriage was largely for show. My mother knew my father was gay, or at least bisexual and confused, when they got married. He was a doctor, and had access to unlimited prescription medication which resulted in a decades long opiate addiction.

5. My mother scribbled some inappropriate drawings in one of her psychology books in her office in our house with a penis and a stick figure picture of a dad and son. She falsely accused me of making the drawings when in fact she did them herself.

6. My mother told my father she'd found them and was convinced that I had drawn these pictures as a cry for help, unconsciously without knowing what I was doing, as a way to cope with his abuse. She threatened not to allow him un-supervised custody of me or my younger brother. As a result of these fraudulent accusations, my mother and father became estranged and my father moved out.

7. The events related to my mother's accusations, as well as the toll of moving into a separate home and starting a new medical practice, overwhelmed my father both financially and psychologically. He was extremely depressed and she refused to help him. They separated and he got his own house in Marblehead, Mass. I became concerned about my father's mental health.

8. We went on a vacation in Maine with some of our family friends. The day we were coming back to Massachusetts we learned my father had died, leaving a suicide note that said "I'm sorry Russell & Eric. I'm not strong enough. I pray that you and your brother are stronger than me. Love your father Paul."

9. In response to my father's suicide, my mother insisted that I begin therapy while I was in high school despite my own belief that I wasn't emotionally ready to talk about what had happened with my father. I was put on different mood stabilizing drugs like Adderall and Ritalin even though I refused the medication and was on the honor roll in school.

10. I finished high school with good grades and was accepted into Bentley University, however I did not finish college. Instead I pursued a career as a professional poker player, displeasing my mother.

11. Beginning in 2014, in an attempt to regain control over me, my mother falsely told the police I was suicidal on multiple occasions. I was involuntarily committed in Long Beach, California but was eventually released when the authorities realized I was not a danger to myself or others.

12. During this time I was dealing with her harassing police calls, and eventual involuntary commitment wiped out my finances. In this period of financial insecurity my mother offered to pay me to attend the Menninger Clinic, a rehabilitation center in Texas. My mother and I agreed that if I attended the program she would pay me $20,000 plus $2500 a month to help with rent. I was told I would undergo a 3 week evaluation program and that if they thought I was well enough I would be able to leave afterwards.

13. I voluntarily signed myself in and I was told I could leave at any time with a 4 hour notice. I had only accepted my mother's offer because I believed I had no other options, as I was under the mistaken belief that when my father died, he had left nothing for me. As soon as I was placed in the facility they started diagnosing me with schizophrenia and bipolar personality disorder and I was told I would need pharmaceutical medication like Lithium.

14. I called my mother and expressed that I was extremely upset and disappointed because my understanding was that she wanted me to get off cannabis and "clean up" and not get on pharmaceutical drugs instead. She told me that "this is for your own good and that we never had a deal since she hadn't signed a contract and that she wasn't going to give me any money."

15. I informed the staff at Menninger that there had been a misunderstanding and that I'd like to leave and that I was putting in my 4 hour notice. Instead of honoring the policy, I was told I could leave but that I'd be committed to a state mental hospital.

16. I remained at Menninger for around another week and a half until I was committed anyway because I had refused to take any pharmaceutical drugs. I was taken by the police to Houston Methodist hospital where I was put in a padded room against my will. In desperation I hired an attorney with the last of my savings and managed to get released in a week.

17. My return to California left me penniless. I would have been homeless and would have been on the streets if it weren't for the support of friends who let me stay with them in Los Angeles. The most support my mother provided was a $100 gift card to Whole Foods on one occasion.

18. Three months following my return to California I was contacted by an attorney from Massachusetts who said she'd been assigned as my guardian ad litem and that my mother had initiated a court case against me. She explained I had an irrevocable trust in my name that my mother and father had created together before his death in the year 2000.

19. The trust stated I would receive 50% of the principal from the trust at age 35, and the rest at age 40. This was the first I'd heard about it since my mother told me that my father died destitute and left me nothing.

20. The attorney explained that my mother planned to give half the principal, which was over $2,000,000 at the time, to my younger brother, and half to a charity, The Shifting Foundation. See Exhibit A, First Amendment, Russell N. Blattberg 2000 Irrevocable Trust.

21. The Shifting Foundation is a Utah corporation. The President is David A. Breskin, my mother's brother, and the Vice President is Julie Breskin, See Exhibit B.

22. The Massachusetts Probate Judge ruled that it was an irrevocable trust and that my mother could not arbitrarily change it.

23. Since then my mother has exercised undue influence over the trust because she is the trust protector and has the right to hire and fire the trustees. The first trustee was her accountant. She ultimately hired the law firm, Fleming and Curti, based out of Arizona to manage the trust.

24. My mother has attempted to paint me as mentally incompetent, has continuously destabilized my personal life by attempting to have me institutionalized, and by hiding my trust from me initially, and then subsequently attempting to prevent me access to the principal I am owed.

25. Between 2016 and 2024, I was receiving all payments that were due me from the irrevocable trust that I was supposed to receive, until I failed to receive the first lump sum payment that was due me on my 35th birthday.

26. Attached is a copy of a lawsuit pending in the State of Arizona, marked Exhibit C.

27. The suit alleges that my mother and the lawyer she hired in Arizona "conspired to have the 2000 Trust modified by not informing the Court, or Russell, of their intention to alter the mandatory distributions to purely discretionary."

28. The suit states the Arizona attorney "took orders from Julie [Breskin] and/or Julie's family members regarding distributions to Russell."

29. The suit further states the purpose was to prevent me for receiving the sum of $1,500,000, which was due me according to the provisions of the Trust at the time of my 35th birthday.

30. I started having memories of the abuse by my mother in 2016, but initially questioned my own memories. I told my two aunts about the abuse but initially both of them disregarded my allegations and it made me second guess myself.

31. As a result of the recollection and my mother's inability to take accountability for the abuse I ceased communication until 2024. That is when I raised the issue of my mother's sexual acts of deviancy towards me and she once again failed to do anything about it.

32. I have attempted to resolve our differences without the aid of the court but she has refused to engage with me in a productive manner. Her suit against me is just the latest addition in the cavalcade of manipulative lies and financial threats she continuously perpetrates for her deluded desire to continue to control me.

33. If my mother truly cared about me or my finances she would have told me about the trust's existence before attempting to rob me of its principal for the benefit of my brother, and a charity in which she has a personal and a family interest.

Signed under the pains and penalties of perjury on March __11__, 2026.

_____
RUSSELL NATHAN BLATTBERG

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party, in accordance with the Court's ECF Administrative Procedures, on March __11__, 2026.

/s/ Carmen L. Durso
CARMEN L. DURSO