UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*************************************************
                                    *
RUSSELL NATHAN BLATTBERG,           *
                 Plaintiff          *
                                    *
v.                                  *       C. A. No.  1:26-cv-11011 (RGS)
                                    *
JULIE GALE BRESKIN,                 *
                 Defendant          *
                                    *
*************************************************
```

## PLAINTIFF'S MOTION TO CONSOLIDATE

Plaintiff moves, pursuant to Fed. R. Civ. P 42 (a) (2), to consolidate the present action, for all purposes, with Jane Doe v. John Doe,  C. A. No.  1:26-cv-11013 (DJC), a pending action in this Court.

In support, plaintiff states all parties in both actions are identical, and are asserting identical issues, either as plaintiffs or defendants.

By his Attorneys,

/s/ Carmen L. Durso
CARMEN L. DURSO, ESQUIRE
BBO # 139340
Law Office of Carmen L. Durso
276 Union Avenue
Framingham, MA 01702
617-728-9123 / carmen@dursolaw.com
March 23, 2026

**AFFIDAVIT OF COMPLIANCE WITH L.R. 7.1 (a) (2)**

The within Motion complies with the provisions of Local Rule 7.1 (a) (2), because notice was given to all counsel of record of intent to file this motion, requesting any objections, offering to file same as a joint motion, and no response was received.

Signed under the pains and penalties of perjury on March 23, 2026.

/s/ Carmen L. Durso
CARMEN L. DURSO, ESQUIRE

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party, in accordance with the Court's ECF Administrative Procedures, on March 23, 2026.

/s/ Carmen L. Durso
CARMEN L. DURSO