UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*************************************************
                                      *
RUSSELL NATHAN BLATTBERG,             *
                Plaintiff             *
                                      *
v.                                    *      C. A. No.  1:26-cv-11011
                                      *
JULIE GALE BRESKIN,                   *
                Defendant             *
                                      *
*************************************************
```

## PLAINTIFF'S MOTION FOR
## L.R. 16.3 CASE MANAGEMENT CONFERENCE

Plaintiff moves pursuant to L.R. 16.3(a)(6) for a Case Management Conference for the purpose of clarifying the pleadings and procedures in this case.

In support, plaintiff says he filed this case on February 26,2026.  Defendant filed a claim in Essex Superior Court, which was removed to this Court on February 27, 2026, docketed as C. A. No. 1:26-cv-11013 ("the 13 case"), and consolidated with this case on March 26, 2026.  Prior to consolidation, plaintiff filed a Motion to Dismiss in the 13 case on March 18, 2026.  On April 1, 2026, after consolidation, defendant filed an Opposition to the Motion to Dismiss in the 13 case, which the 13 case Court noted could only be filed in this case.

The parties had discussed exchanging acceptances of service of process in the two cases.  However, that is now impractical, given the consolidation of the cases.

Plaintiff respectfully suggests the parties and the Court would be assisted if the pleadings in this case were recast in the following manner: Plaintiff's Complaint would remain as filed.  Defendant's Superior Court Complaint would be redrafted as an Answer

and a Counterclaim.  Plaintiff would then file an Answer, or other responsive pleading, to the Counterclaim.  In this way, the Court could address all claims in a orderly way, instead of the parties filing similar pleadings in two different cases.

### AFFIDAVIT OF COMPLIANCE WITH L.R. 7.1 (a) (2)

The within Motion complies with the provisions of Local Rule 7.1 (a) (2), as a conference with counsel of record was held on this date.  The parties were unable to agree that the pleadings should be combined as requested.

Signed under the pains and penalties of perjury on April 6, 2026

/s/ Carmen L. Durso
CARMEN L. DURSO, ESQUIRE

By his Attorneys,

/s/ Carmen L. Durso
CARMEN L. DURSO, ESQUIRE
BBO # 139340
Law Office of Carmen L. Durso
276 Union Avenue
Framingham, MA 01702
617-728-9123 / carmen@dursolaw.com

/s/ Jeffrey S. Beeler
JEFFREY S. BEELER, ESQUIRE
BBO#  563679
jbeeler@hbmhlaw.com
/s/ Amanda Bryant
AMANDA BRYANT, ESQUIRE
BBO # 703258
abryant@HBMHlaw.com
Heinlein Beeler Mingace & Heineman, PC
276 Union Avenue
Framingham, MA 01702
508-626-8500
April 6, 2026

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party, in accordance with the Court's ECF Administrative Procedures, on April 6, 2026.

/s/ *Carmen L. Durso*
CARMEN L. DURSO