# DURSO LAW

LAW OFFICE OF CARMEN L. DURSO

**MAIL TO:**
276 Union Avenue, Framingham, MA 01702

Tel: 617-728-9123
Cell: 339-933-0272
Email: carmen@dursolaw.com

*Of Counsel To:*
Heinlein Beeler Mingace & Heineman, P.C.

**BOSTON OFFICE:**
101 Federal Street, Suite 1900
By Appointment Only

January 14, 2026

**PERSONAL & CONFIDENTIAL**

███████████████
████████████████████

Re: ███████████████████
Vs. ███████████████

Dear ██████████:

I represent ████████████████████ in his claim against you for sexual molestation which occurred when he was a child. I am authorized to commence legal action at this time.

If you have any interest in resolving this matter without litigation, please contact me immediately. If I have not heard from you or your attorney by February 16th, I am instructed to file suit on that date. A copy of the Draft Complaint is enclosed.

You are directed not to have any contact with ████████ either directly with my client, or indirectly through his, or your, relatives, or other persons. Should you disregard this directive, I am authorized to take whatever legal steps may be necessary, including the immediate filing of the above-referenced Complaint.

Very truly yours,

Carmen L. Durso

CLD/sf
Enc.

cc: ████████████████████

\███████114-26

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**************************************************



|  |  |  |
|---|---|---|
| ███████████████ | * | |
| Plaintiff | * | |
|  | * | |
| v. | * | C. A. No. |
|  | * | |
| ██████████████ | * | **JURY TRIAL DEMANDED** |
| Defendant | * | |
|  | * | |

**************************************************

## COMPLAINT

### INTRODUCTION

1. This is an action in which plaintiff seeks damages for multiple sexual assaults committed upon him by defendant when he was a minor child.

### JURISDICTION & VENUE

2. The Court has jurisdiction over this action pursuant to 28 U.S.C. 1332, in that the plaintiff is a citizen of the State of Nevada, the defendant is a citizen of the Commonwealth of Massachusetts, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3. Venue is proper in this District, pursuant to 28 U.S.C. § 1391(b)(2), because the events giving rise to this claim occurred within this District.

### PARTIES

4. Plaintiff ██████████████████████████████████) is an individual residing at ████████████████████████████████.

5.   Defendant J███████████████████████') is an individual with an usual place of residence at ███████████████████████████████████.

## FACTS COMMON TO ALL COUNTS

6.   From 1992, then age 4, through 1995 at age 7, the plaintiff ██████L who is the son of defendant ███████, was sexually abused in their home at 9 Waldron Street, Marlbehead, Essex County, Massachusetts.

7.   The abuse began when defendant ███████N would provide ██████L with wine and would massage him to get him relaxed.

8.   Defendant ███████N would tell ██████L how beautiful women were, how it was the best thing to be a woman, and how good it felt to wear women's clothes.

9.   Defendant ███████N would give ██████L various articles of woman's clothing to wear, such as underwear, bras, swimsuits, nightgowns, tights, and lingerie.

10.  Defendant ███████N would touch ████████s penis, and kiss him there.

11.  Then defendant ███████N would have ██████L touch and kiss her vagina, while she would lick his penis.

12.  Afterwards defendant ███████N would get ██████L dressed and would suggest that ██████L liked what happened, how it made him feel good, how wonderful it was to be a woman, and how it made him feel good to wear women's clothes.

13. Defendant ████N would end each session of abuse by telling ████L how much she loved him.

14. The abuse stopped about the time when ████L turned 7years old.

15. ████L did not remember the abuse until 2024.

16. At all times defendant ████N was a trained mental health professional, licensed in the Commonwealth of Massachusetts, who knew that what she was doing to ████L would have life long effects on his development, his education, his mental health, his relationships, his ability to earn a living, and every other aspect of his life.

## CLAIM I - BATTERY

17. Plaintiff realleges and incorporates herein the allegations contained in each and every other paragraph of this Complaint.

18. Defendant ████N battered the plaintiff ████L, by engaging in unlawful and non-consensual sexual conduct with him.

19. ████L has suffered and continues to suffer severe and permanent mental distress and emotional harm, as well as other consequential damages as a result of defendant ████s intentional conduct.

## CLAIM II - ASSAULT

20. Plaintiff realleges and incorporates herein the allegations contained in each and every other paragraph of this Complaint.

21. Defendant ████N assaulted the plaintiff ████L, by placing him in fear

3

that she would engage, or would attempt to engage, in unlawful and non-consensual sexual conduct with him.

22. Plaintiff suffered and continues to suffer severe and permanent mental distress and emotional harm, as well as other consequential damages as a result of defendant ████████s intentional conduct.

## CLAIM III - NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

23. Plaintiff realleges and incorporates herein the allegations contained in each and every other paragraph of this Complaint.

24. Defendant ████████ negligently inflicted emotional distress upon plaintiff ████████ by placing him in fear that she would engage, or would attempt to engage, in unlawful and non-consensual sexual conduct with him in the future.

25. ████████L has suffered and continues to suffer severe and permanent mental distress and emotional harm, as well as other consequential damages as a result of defendant ████████s negligent conduct.

## CLAIM IV - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

26. Plaintiff realleges and incorporates herein the allegations contained in each and every other paragraph of this Complaint.

27. Defendant ████████ intentionally inflicted emotional distress upon plaintiff ████████L by placing him in fear that she would engage, or would attempt to engage, in unlawful and non-consensual sexual conduct with him in the future.

28. ████████L has suffered and continues to suffer severe and permanent mental

4

distress and emotional harm, as well as other consequential damages as a result of defendant ▆▆▆▆▆▆s intentional conduct.

## CLAIM V - CIVIL RIGHTS

29. Plaintiff realleges and incorporates herein the allegations contained in each and every other paragraph of this Complaint.

30. Defendant ▆▆▆▆▆▆ interfered with plaintiff ▆▆▆▆▆▆s rights under the constitution and laws of the United States, and under the constitution and laws of the Commonwealth of Massachusetts by threats, intimidation and coercion.

31. Defendant ▆▆▆▆▆s conduct deprived plaintiff ▆▆▆▆▆L of his constitutional rights to bodily integrity, and to be free from sexual harassment which constitutes discrimination, based upon his gender, under both Article 1 of the Declaration of Rights, and the Equal Protection clause of the Fourteenth Amendment to the United States Constitution. Defendant ▆▆▆▆▆N is liable to the plaintiff in accordance with G.L. c. 12, §§11H & 11I.

32. Plaintiff ▆▆▆▆▆L suffered bodily harm, humiliation, severe emotional distress, and permanent psychological damages. He has incurred expenses and will likely incur future expenses for medical and psychological treatment, and has suffered loss of earning capacity.

## RELIEF REQUESTED

WHEREFORE, the plaintiff demands judgment against the defendant as follows:

5

A.     On CLAIMS I through IV, in an amount which is fair, just and adequate for the injuries sustained, and the pain and suffering endured, plus interest and costs of suit.

B.     On CLAIM V, in an amount which is fair, just and adequate for the injuries sustained, and the pain and suffering endured, plus double or treble damages, attorneys fees, interest and costs of suit.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL CLAIMS.**

By his Attorneys,

/s/ Carmen L. Durso
CARMEN L. DURSO, ESQUIRE
BBO # 139340
Law Office of Carmen L. Durso
276 Union Avenue
Framingham, MA 01702
617-728-9123 / carmen@dursolaw.com

/s/ Jeffrey S. Beeler
JEFFREY S. BEELER
BBO# 563679
jbeeler@hbmhlaw.com
AMANDA BRYANT
BBO # 703258
abryant@HBMHlaw.com
Heinlein Beeler Mingace & Heineman, PC
276 Union Avenue
Framingham, MA 01702
January 14, 2026        508-626-8500

6