| **CLERK'S NOTICE** | DOCKET NUMBER<br><br>**2677CV00236** | **Trial Court of Massachusetts**<br>**The Superior Court** |
|---|---|---|

| CASE NAME:<br>**Doe, Jane vs. Doe, John** | Thomas H. Driscoll, Jr., Clerk of Courts<br>Essex County |
|---|---|

| TO:<br>Sandy Eid, Esq.<br>Todd and Weld LLP<br>One Federal St<br>Boston, MA 02110 | COURT NAME & ADDRESS<br>Essex County Superior Court - Lawrence<br>43 Appleton Way<br>Lawrence, MA 01841 |
|---|---|

You are hereby notified that on 02/25/2026 the following entry was made on the above referenced docket:

**Endorsement on Motion to Impound Complaint (#3.0): ALLOWED**
**After review, the court treats the current motion as an ex parte motion to impound under MA R Impound P Rule 3. The court finds that immediate and irreparable injury may result if the motion is not allowed. See MA R Impound P Rule 3(a). Nevertheless, under the Rule, an interested party must have an opportunity to be heard in opposition within ten days of this order.  MA R Impound P Rule 3(a). Thus, the motion is ALLOWED, but the plaintiff is ordered to a copy of the motion, supporting affidavit, and any other related documents, on the defendant in this case and any interested nonparty.  Summons and Order of Notice to issue returnable on 3/3/26 at 2:00 p.m.   The plaintiff is further ordered to file by mail or in person a complaint identifying the plaintiff and defendant by name, which, in accordance with this order, shall remain impounded until the court has had an opportunity to hear the motion.**

| DATE ISSUED<br><br>**02/25/2026** | ASSOCIATE JUSTICE/ ASSISTANT CLERK<br><br>**Hon. Salim Tabit** | SESSION PHONE#<br><br>**(978)242-1900** |
|---|---|---|

Date/Time Printed: 02-25-2026 16:10:05                                                                                     SCR016\ 02/2023