**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JANE DOE<br><br>               Plaintiff,<br>v.<br><br>JOHN DOE<br><br>               Defendant. | Case: 1:26-cv-11011-RGS |

### PLAINTIFF'S EMERGENCY MOTION  FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 7.2(a), Plaintiff Jane Doe respectfully moves the Court for leave to file under seal an Affidavit and exhibits thereto in support of her forthcoming Motion to Allow Parties to Proceed Under Pseudonym ("Plaintiff's Motion"). In support of her motion, Plaintiff states that her Affidavit submitted in support of her motion discloses personal and confidential health information which she believes will allow the Court to determine that this matter should continue to proceed under a pseudonym under the legal standards set forth in *Doe v. Massachusetts Inst. of Tech.*, 46 F.4th 61 (1st Cir. 2022). It would defeat the purpose of her motion for her information to appear on the public docket of the Court.

In particular, Plaintiff's submission will detail the likelihood of legitimate and irreparable damage to Jane Doe both personally and professionally as she is a mental health professional, including the potential damages and serious injury and offense to innocent third parties, (e.g. her patients), as well as possible threats to her physical well-being and actual and ongoing harm to her psychological health if this litigation proceeds publicly.

1

WHEREFORE, Plaintiff requests leave to file under seal her Affidavit and exhibits thereto in support of her forthcoming Motion to Proceed Under Pseudonym.

Respectfully Submitted,

JANE DOE

By her attorneys,

Howard M. Cooper (BBO# 543842)
*hcooper@toddweld.com*
Sandy N. Eid (BBO# 707141)
*seid@toddweld.com*
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
Dated April 22, 20226                          Fax: (617) 227-5777

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Civil Procedure 5 and Local Rule 7.1(c), I hereby certify that on April 22, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel or record registered with the Court's CM/ECF system.

Carmen L. Durso
CARMEN L. DURSO, ESQUIRE
Law Office of Carmen L. Durso
276 Union Avenue
Framingham, MA 01702
*carmen@dursolaw.com*

Jeffrey S. Beeler, Esq.
Amanda L. Bryant
Heinlein Beeler Mingace & Heineman PC
276 Union Avenue
Framingham, MA 01702
Jbeeler@hbmhlaw.com
abryant@hbmhlaw.com

Sandy N. Eid (BBO# 707141)

2