UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JANE DOE

              Plaintiff,

v.

JOHN DOE

              Defendant.

Case: 1:26-cv-11011-RGS

**PLAINTIFF'S EMERGENCY MOTION TO IMPOUND AND SUBSTITUTION OF PARTY NAMES**

Defendant John Doe has once again used the occasion of his making a filing to further publicize Jane Doe's name on the docket of this Court – this time in connection with his Motion to Strike [Dckt. No. 27]; a motion which he filed after the Court denied his Motion to Dismiss [*See*1:26-cv-11013 at Dckt. No.7]. John Doe made his filing publicizing Jane Doe's actual name, literally while Jane Doe's motion to proceed using a pseudonym is before the Court [Dckt. No. 31]. Jane Doe's opposition to John Doe's motion to strike will be forthcoming. However, in the interim, and for all of the reasons set forth in her motion, Jane Doe respectfully moves the Court for the following relief in order to preserve the anonymity of the parties pending the Court's ruling:

(1) Re-caption the party names in the consolidated matter as Jane Doe v. John Doe to align with Plaintiff Jane Doe's Complaint (Docket #24), which is the operative Complaint pursuant to the Court's Order dated April 9, 2026 (Docket #23).

(2) Impound Exhibits A and B to Defendant's Motion to Strike Portions of Plaintiff's Complaint (Docket # 28 and 29), pursuant to Federal Rule of Civil Procedure 5.2(e)

1

and Local Rule 7.2(a).  These exhibits filed by John Doe disclose the identities of the parties.

WHEREFORE, Plaintiff requests that this Court:

a. re-caption the party names in the consolidated matter as Jane Doe v. John Doe; and

b. impound Exhibits A and B to Defendant's Motion to Strike Portions of Plaintiff's Complaint (Docket #28 and 29).

Respectfully Submitted,

JANE DOE

By her attorneys,

Howard M. Cooper (BBO# 543842)
*hcooper@toddweld.com*
Sandy N. Eid (BBO# 707141)
*seid@toddweld.com*
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
Fax: (617) 227-5777

Dated: April 28, 2026

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2026, I caused the foregoing to be electronically submitted through the court's CM/ECF electronic notice counsel or record registered with the Court's CM/ECF system to .

Carmen L. Durso
CARMEN L. DURSO, ESQUIRE
Law Office of Carmen L. Durso
276 Union Avenue
Framingham, MA 01702
*carmen@dursolaw.com*

Jeffrey S. Beeler, Esq.
Amanda L. Bryant
Heinlein Beeler Mingace & Heineman PC
276 Union Avenue
Framingham, MA 01702
Jbeeler@hbmhlaw.com
abryant@hbmhlaw.com

_____
Sandy N. Eid (BBO# 707141)