UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JANE DOE | ) | |
| Plaintiff, | ) | |
| v. | ) | C. A. No. 1:26-cv-11011-RGS |
| JOHN DOE, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED EMERGENCY MOTION FOR LEAVE TO FILE HIS OPPOSITION TO PLAINTIFF'S MOTION TO ALLOW PARTIES TO PROCEED UNDER PSEUDONYM UNDER PRELIMINARY SEAL**

Defendant John Doe ("Defendant" or "John Doe") respectfully requests leave to file the Defendant's Opposition to Plaintiff's Motion to Allow Parties to Proceed Under a Pseudonym, under preliminary seal until the Plaintiff's Motion to Proceed Under a Pseudonym is ruled on following full briefing [Dckt. No. 31].

As reasons therefore, Defendant John Doe needs to be able to respond fully to the Plaintiff's Motion and Sealed Exhibits in his Opposition, including referencing Plaintiff's Exhibits A and B, which were ordered preliminarily sealed pursuant to Court's order dated April 29, 2026 [Dckt. No. 34]. Although Defendant is contesting the Plaintiff's Motion to Allow Parties to Proceed under a Pseudonym for reasons to be outlined in the Defendant's Opposition and Memorandum, including but not limited to the legal standards set forth in *Doe v. Mass. Inst. of Tech.*, 46 F.4th 61 (1st Cir. 2022), in an effort to reduce the number of filings by Plaintiff objecting to Defendant's filings, ease administrative burden, and in order to fully respond to

1

Plaintiff's Motion, arguments, and Exhibits previously placed under seal, Defendant is seeking

leave to file his opposition and any exhibits attached therein under preliminary seal, until the

Court rules on the pseudonymity issue.

WHEREFORE, John Doe respectfully requests that the Court allow the Defendant to file

his Opposition to the Plaintiff's Motion and any associated Exhibits under preliminary seal as

requested herein.

Respectfully submitted,
The Plaintiff,
By his attorney,

*/s/ Carmen L. Durso*
_____

Carmen L. Durso, Esq.
BBO # 139340
Law Office of Carmen L. Durso
276 Union Ave.
Framingham, MA 01702
(617) 728-9123
Carmen@dursolaw.com

Jeffrey S. Beeler (BBO # 563679)
Amanda L. Bryant (BBO# 703258)
Heinlein Beeler Mingace & Heineman, P.C.
276 Union Avenue
Framingham,  MA 01702
(508) 626-8500 (T)
(617) 517-3822 (F)
jbeeler@hbmhlaw.com

Dated: May 1, 2026          abryant@hbmhlaw.com

## AFFIDAVIT OF COMPLIANCE WITH L.R. 7.1 (a) (2)

The within Motion complies with the provisions of Local Rule 7.1 (a) (2), as a
conference with counsel of record was held on this date and the motion is unopposed.

Signed under the pains and penalties of perjury on May 1, 2026.

*/s/ Carmen L. Durso*
CARMEN L. DURSO, ESQUIRE

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party, in accordance with the Court's ECF Administrative Procedures, on May 1, 2026.

/s/ *Carmen L. Durso*
CARMEN L. DURSO