IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

FILED

2026 MAY -7  AM 10: 34

U.S. DISTRICT OF MASS.

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case 1:26-cv-11011<br><br>**Motion for Leave to File Brief as Amicus Curiae in Support of Defendant's Opposition to Motion to Proceed Under Pseudonym** |

Proposed amicus curiae Eugene Volokh respectfully moves for leave to file an amicus curiae brief in support of Defendant's Opposition to Motion to Allow Parties to Proceed Under Pseudonym. The brief is filed concurrently with this motion. Defendant does not oppose this motion; plaintiff neither assents to nor opposes the motion.

Prof. Volokh is the Thomas M. Siebel Senior Fellow at the Hoover Institution at Stanford University and the Gary T. Schwartz Professor of Law Emeritus at the UCLA School of Law. He has written and taught extensively on constitutional law, particularly First Amendment law. He also specializes in the law of pseudonymity. *See* Eugene Volokh, *The Law of Pseudonymous Litigation*, 73 Hastings L.J. 1353 (2022); Eugene Volokh, *If Pseudonyms, Then What Kind?*, 107 Judicature 76 (2023); Eugene Volokh, *Protecting People from Their Own Religious Communities: Jane Doe in Church and State*, 38 J.L. & Rel. 354 (2023); Eugene Volokh, *One-Sided Pseudonymity*, 23 Geo. J.L. & Pub. Pol'y 41 (2025).

1

Volokh's Hastings article and his amicus brief were both cited in the leading First Circuit pseudonymity precedent, *Doe v. MIT*, 46 F.4th 61, 69–70 (1st Cir. 2022). Though that court disagreed with his particular suggestions, it viewed his work as worth noting. An amicus brief of his related to pseudonymity was also cited in *Doe v. Sidar*, 93 F.4th 241, 250 (4th Cir. 2024), and his articles on pseudonymity have been cited in over 20 court decisions throughout the country. *See, e.g., Doe v. Mast*, No. 24-1900, 2026 WL 1084445, at *6 (4th Cir. Apr. 22, 2026); *Doe v. Loyola Univ. Chicago*, 100 F.4th 910, 914 (7th Cir. 2024); *Doe v. W. Dubuque Cmty. Sch. Dist.*, 20 N.W.3d 798, 810 (Iowa 2025).

"[District] courts have inherent authority and discretion to appoint amici." *Boston Gas Co. v. Century Indem. Co.*, No. 02-12062-RWZ, 2006 WL 1738312, at *1 n.1 (D. Mass. June 21, 2006); *see also Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass.) (permitting amici curiae to assist the court "by making suggestions . . . , by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision" (cleaned up)), *aff'd*, 807 F.3d 472 (1st Cir. 2015). And this Court has previously exercised this discretion to allow private entities to file briefs as amici. *See, e.g., A. v. Noem*, No. 3:26-cv-30031 (D. Mass. Mar. 19, 2026), Dkt. No. 48; *Lopez Belloza v. Hyde*, No. 1:25-cv-13499 (D. Mass. Dec. 29, 2025) (proposed amici including Yale Law School Peter Gruber Rule of Law Clinic), Dkt. No. 23; *State of Wash. v. Fed. Emergency Mgmt. Agency*, No. 1:25-cv-12006 (D.

2

Mass. Oct. 20, 2025), Dkt. No. 112; *Sussman v. MIT*, No. 1:25-cv-11826 (D. Mass. Oct. 9, 2025), Dkt. No. 51.

Volokh's proposed amicus brief discusses out-of-jurisdiction precedents that deal with the question of pseudonymity in defamation cases, and will stress the interests of the public and not just of the parties. He hopes this brief may be helpful to this Court in deciding whether to allow Plaintiff to proceed pseudonymously.

Respectfully Submitted,

*Eugene Volokh*

Eugene Volokh
Thomas M. Siebel Senior Fellow
Hoover Institution, Stanford University
434 Galvez Mall
Stanford, CA 94305
(650) 721-5092
volokh@stanford.edu
*Pro se*
(Institutional affiliation given for
identification and addressing purposes only)

May 6, 2026

### Certificate of Service

I served this document by e-mail on the counsel for the parties on this case on May 6, 2026 at the e-mail addresses provided on the docket:

Howard M. Cooper, hcooper@toddweld.com, Counsel for Plaintiff
Sandy Eid, seid@toddweld.com, Counsel for Plaintiff
Jeffrey Beeler, jbeeler@hbmhlaw.com, Counsel for Defendant
Carmen Durso, carmen@dursolaw.com, Counsel for Defendant

*Eugene Volokh*

Eugene Volokh

3