**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

JULIE BRESKIN

          Plaintiff,

v.

RUSSELL BLATTBERG

          Defendant.

Case: 1:26-cv-11011-RGS

**PLAINTIFF'S EMERGENCY MOTION**
**TO EXTEND ORDER SEALING EXHIBIT**

In response to the Court's Order dated May 12, 2026 [Dckt. No. 44] and pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 7.2(a), Plaintiff Julie Breskin respectfully moves the Court to indefinitely extend its Order dated April 22, 2026 [Dckt. No. 26], sealing Exhibit A to her Motion to Allow Parties to Proceed Under Pseudonym [Dckt. No. 31, Ex. A]. Exhibit A, Affidavit of Jane Doe In Support of Her Motion to Proceed Under Pseudonym, discloses highly sensitive personal and confidential health information in support of the harm to herself and to innocent third parties if her name is public record. Exhibit A includes Ms. Breskin's medical diagnoses and appends a letter from her treating physician. Ms. Breskin's significant privacy interest against disclosure outweighs the public interest in disclosure here, particularly where the public already has access to her Motion and the disclosure of the additional details contained within Exhibit A will serve little interest to the general public.

WHEREFORE, Plaintiff requests that the Court indefinitely extend its Order dated April 22, 2026 sealing Exhibit A to her Motion to Proceed Under Pseudonym.

1

Respectfully Submitted,

JANE DOE

By her attorneys,

_____
Howard M. Cooper (BBO# 543842)
*hcooper@toddweld.com*
Sandy N. Eid (BBO# 707141)
*seid@toddweld.com*
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
Dated May 14, 2026                          Fax: (617) 227-5777

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Civil Procedure 5 and Local Rule 7.1(c), I hereby certify that on May 14, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel or record registered with the Court's CM/ECF system.

Carmen L. Durso
CARMEN L. DURSO, ESQUIRE
Law Office of Carmen L. Durso
276 Union Avenue
Framingham, MA 01702
carmen@dursolaw.com

Jeffrey S. Beeler, Esq.
Amanda L. Bryant
Heinlein Beeler Mingace & Heineman PC
276 Union Avenue
Framingham, MA 01702
Jbeeler@hbmhlaw.com
abryant@hbmhlaw.com

_____
Sandy N. Eid (BBO# 707141)

2