**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JULIE BRESKIN,<br><br>Plaintiff,<br>v.<br><br>RUSSELL BLATTBERG,<br><br>Defendant. | Case: 1:26-CV-11011-RGS |

**MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Julie Breskin (the "Plaintiff") respectfully moves for entry of a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for good cause shown. The Plaintiff requests that the Court adopt the provisions of the attached Confidentiality and Protective Order ("Protective Order") (*see* **Exhibit 1**). In support of her motion, the Plaintiff states as follows:

1. The purpose of the Protective Order is to limit the pre-trial disclosure and use of confidential medical information that the producing party in good faith deems to be confidential. Use or disclosure of such confidential information outside the scope of the Protective Order could cause irreparable harm to the Plaintiff and individuals whose confidential information is contained in the documents.

2. Rule 26(c) provides that for good cause shown the Court "may issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," Fed. R. Civ. P. 26(c).

3. The Protective Order attached as **Exhibit 1** balances the interests of the parties by allowing the parties and their attorneys, experts, and deponents to obtain and use confidential information in the course of this litigation while simultaneously assuring that none of the parties

or non-parties to this litigation will use the confidential information for other purposes or disclose it outside the confines of this litigation.

4. The Protective Order attached as **<u>Exhibit 1</u>** contains appropriate procedures for the protection of the Plaintiff's confidential information from unnecessary disclosure.

WHEREFORE, the Plaintiff requests that the Court adopt and enter the Protective Order attached as **<u>Exhibit 1</u>** to this Motion.

Respectfully Submitted:

**JULIE BRESKIN**

By her attorneys,

Howard M. Cooper (BBO No. 548611)
Sandy N. Eid (BBO No. 707141)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
seid@toddweld.com

Dated: October 23, 2026

**CERTIFICATE OF SERVICE**

I, Sandy Eid, hereby certify on this 23th day of October, 2026, the above document has been served via email upon counsel of record:

Carmen L. Durso, Esq.
Law Office of Carmen L. Durso
276 Union Avenue
Framingham, MA 01702
carmen@dursolaw.com

Jeffrey S. Beeler, Esq.
Amanda L. Bryant, Esq.
Heinlein Beeler Mingace & Heineman PC 2
76 Union Avenue
Framingham, MA 01702 J
beeler@hbmhlaw.com
abryant@hbmhlaw.com

Sandy Eid
Sandy Eid